**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

OCT 26 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EKO PAKU SADEWO, | No.  14-71034 |
| Petitioner, | Agency No. A095-630-138 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 22, 2018**

Before:    SILVERMAN, GRABER, and GOULD, Circuit Judges.

Eko Paku Sadewo, a native and citizen of Indonesia, petitions for review of

the Board of Immigration Appeals' ("BIA") order denying his motion to reopen

removal proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We grant the

petition and remand.

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Because the BIA did not have the benefit of our intervening opinion *Salim v. Lynch*, 831 F.3d 1133 (9th Cir. 2016) when rendering its decision in this case, we grant the petition and remand to allow the agency to address the application of *Salim*, if any, to Sadewo's motion to reopen.

**PETITION FOR REVIEW GRANTED; REMANDED.**